UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-cv-60437-MIDDLEBROOKS

OSWALDO F. QUERALES CASTILLO,

Plaintiff,
v.

PAMELA BONDI, et al.,

Defendants.
_____/

## ORDER SETTING PRETRIAL AND BRIEFING SCHEDULE

Plaintiff filed a Complaint for Writ of Mandamus Compelling Adjudication of an Immigrant Petition, on February 17, 2026. (DE 1). Given that this case requires the Court to review agency inaction under the Administrative Procedure Act, the following schedule is set:

i. On or before **June 17, 2026**, Defendants shall file the Administrative Record on which this matter will be decided;

ii. On or before **July 29, 2026**, Plaintiff's motion for summary judgment on the administrative record shall be due; and

iii. Defendants shall file their combined cross-motion for summary judgment and response to Plaintiffs' motion within 30 days after the filing of Plaintiff's motion for summary judgment.

iv. The Parties are not required to complete discovery. As judicial review under the APA is limited to the administrative record before the agency, there is no need for discovery in this case. However, Plaintiff may move for supplementation of the administrative record.

The Parties are directed, in accordance with CM/ECF procedures, as follows:

**COURTESY COPIES**: Notwithstanding the electronic filing requirements of CM/ECF, all parties shall deliver a courtesy copy to the Intake Section of the Clerk's Office all motions exceeding twenty-five pages. This copy shall be bound and any attachments and/or appendices must be indexed with tabs.

**PROPOSED ORDERS**: Pursuant to the CM/ECF Administrative Procedures, counsel shall send proposed orders in Word format for ALL motions directly to middlebrooks@flsd.uscourts.gov.

**SIGNED** in Chambers at West Palm Beach, Florida, this 20th day of February, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record